# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CHANDLER, an individual, LUANN SHAVER, an individual, on their own behalf, and as class action representatives on behalf of all those similarly situated, and in the interest of the general public,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARUS COMMERCE, LLC, a Connecticut Corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-01794-SVW-E<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER<br><br>Hon. Stephen V. Wilson<br>Hon. Mag. Judge Charles F. Eick<br><br>Trial date: November 28, 2017 |

Having considered the Stipulated Protective Order signed by the Parties and good cause appearing, the Stipulated Protective Order is made an Order of this Court.

IT IS SO ORDERED.

DATED: 9/20/17

                     Magistrate Judge Charles F. Eick